

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 19, 2020

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Jose Serrano,* 20-cr-522 (LGS)

Dear Judge Schofield,

The Government writes in connection with the Court's order dated October 16, 2020 (the "Order") requesting the parties to jointly submit a letter proposing a schedule for discovery, the filing of motions, three proposed dates for a status conference, whether the parties seek to have the Court exclude time under the Speedy Trial Act between the filing of the order and the pretrial conference, and the basis for the exclusion.

The parties jointly propose the following discovery, motions, and status conference schedule:

| Event | Date |
|---|---|
| Completion of Discovery | 12/14/20 |
| Motions | 2/14/21 |
| Opposition Briefs | 3/14/21 |
| Reply Briefs | 3/28/21 |
| Proposed Conference Dates | 1/11/21, 1/15/21, or 1/25/21 |

The Government additionally seeks to exclude time under the Speedy Trial Act until the pretrial conference date to permit the defendant to review discovery, decide whether to make any motions, and discuss a potential pre-trial resolution with the Government. The defendant consents to the exclusion of time.

Application Granted in part.  Rule 16 discovery shall be completed by **December 14, 2020**.  Defendant's motion(s), if any, shall be filed by **February 15, 2021**.  The Government's response, if any, shall be filed by **March 1, 2021**.  Defendant's reply, if any, shall be filed by **March 8, 2021**.  The parties shall appear for a status conference on **February 18, 2021 at 11:00 a.m**.   If motions are filed, this conference will be adjourned to a later date.  For the reasons stated above, the Court finds that the ends of justice served by excluding the time between today and February 18, 2021 outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A).  It is hereby ORDERED that the time between today and February 18, 2021 is excluded.  The Clerk of the Court is directed to terminate the letter motion at docket number 12.

Dated: October 21, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Page 2

The Government is available to answer any additional questions that the Court may have.

        Respectfully submitted,

        AUDREY STRAUSS
        Acting United States Attorney

by: <u>s/ Mathew S. Andrews</u>
        Mathew S. Andrews
        Assistant United States Attorney
        212 637 6526