

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 17, 2021

**BY ECF**

Honorable Lorna Schofield
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Jose Serrano*, 1:20-cr-522

Dear Judge Schofield,

    The parties jointly respectfully request a thirty-day adjournment of the status conference currently scheduled for February 18, 2021 at 11 a.m. The adjournment will permit the parties to continue plea negotiations and potentially obviate the need for a trial.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

by: s/ Mathew S. Andrews
    Mathew S. Andrews
    Assistant United States Attorney
    212 637 6526

Application Granted. The status conference currently scheduled for February 18, 2021, is adjourned to **March 18, 2021, at 11:45 a.m**. The clerk of the Court is directed to terminate the letter motion at docket number 15.

Dated: February 17, 2021
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**